### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

IN RE:                                                      CASE NO.: 18-18342

**Antonio Cardona,**                                        CHAPTER 13

  **Debtor.**

_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of SELENE FINANCE LP ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Sonali Patel
Sonali Patel, Esquire
Email: spatel@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 19, 2018, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has

been served via CM/ECF or United States Mail to the following parties:

JOSEPH P DOYLE
LAW OFFICE OF JOSEPH P DOYLE
105 S ROSELLE ROAD SUITE 203
SCHAUMBURG, IL  60193

ANTONIO CARDONA
1370 FARGO AVENUE, UNIT G
DES PLAINES, IL  60018-2990

TOM VAUGHN
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603

PATRICK S LAYNG
219 S DEARBORN ST
Room 873
CHICAGO, IL  60604

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Sonali Patel
Sonali Patel, Esquire
Email: spatel@rascrane.com