UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-18342 |
| Antonio Cardona | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## Order to Modify Plan and Defer Default

This cause coming to be heard on motion of Debtors, by and through their attorney, Joseph P. Doyle, due notice being given and the court being duly advised of the premises, IT IS HEREBY ORDERED:

1. The default of $4005.00 through August 2019 is deferred.

2. The new modified Trustee payment is in the amount of $1423.00 beginning in September 2019

3. Nothing in this order shall require the Trustee to preform collections from creditors pursuant to any prior plan.

Enter:

*[signature]*

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated: September 24, 2019

**Prepared by:**

Attorney for Debtor
Prepared by Joseph P. Doyle
Law Offices of Joseph P. Doyle
105 S. Roselle Road, Suite 203
Schaumburg, IL 60193
(Ph) 847-985-1100 (Fax) 847-985-1126